1
2
3
4
5
6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7   CHRISTOPHER DAVENPORT,

8                    Plaintiff,                    NO.  CV-09-0287-CI

9         v.

10  MICHAEL J. ASTRUE,                        **JUDGMENT IN A**
     Commissioner of Social Security,          **CIVIL CASE**
11
                     Defendant.
12  _____)

13  **DECISION BY THE COURT:**
14
15         This action came to hearing before the Court.  The issues have been heard
    and a decision has been rendered.
16
17         **IT IS ORDERED AND ADJUDGED** that:

18         Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion

19  for Summary Judgment dismissal is **GRANTED**.   Judgment is entered for
    Defendant.
20
           DATED: March 7, 2011
21
                                        JAMES R. LARSEN
22                                      District Court Executive/Clerk

23                                      s/ L. Stejskal
                                        Deputy Clerk
24
25
26
27
28